IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Harwell, Jonathan W | Case Number: 05 B 63377 |
|---|---|---|
| | Harwell, Joan M | Judge: Wedoff, Eugene R |
| | Printed: 3/4/08 | Filed: 11/9/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed - No Disch:   February 28, 2008
Confirmed:   February 16, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 29,352.50 | |
| Secured: | | 10,279.46 |
| Unsecured: | | 13,949.16 |
| Priority: | | 0.00 |
| Administrative: | | 2,539.00 |
| Trustee Fee: | | 1,475.14 |
| Other Funds: | | 1,109.74 |
| Totals: | 29,352.50 | 29,352.50 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | David M Siegel | Administrative | 2,539.00 | 2,539.00 |
| 2. | Marshall Field & Company | Secured | 0.00 | 0.00 |
| 3. | American General Finance | Secured | 9,280.32 | 9,280.32 |
| 4. | American General Finance | Secured | 999.14 | 999.14 |
| 5. | Deutsche Bank National | Secured | 35,725.83 | 0.00 |
| 6. | Capital One | Unsecured | 1,878.81 | 1,878.81 |
| 7. | Resurgent Capital Services | Unsecured | 1,141.22 | 1,141.22 |
| 8. | Marshall Field & Company | Unsecured | 874.92 | 874.92 |
| 9. | RoundUp Funding LLC | Unsecured | 913.70 | 913.70 |
| 10. | Resurgent Capital Services | Unsecured | 1,189.83 | 1,189.83 |
| 11. | Resurgent Capital Services | Unsecured | 3,274.63 | 3,274.63 |
| 12. | Capital One | Unsecured | 657.94 | 657.94 |
| 13. | AmeriCash Loans, LLC | Unsecured | 1,619.43 | 1,619.43 |
| 14. | Short Term Loans LLC | Unsecured | 971.49 | 971.49 |
| 15. | Resurgent Capital Services | Unsecured | 1,427.19 | 1,427.19 |
| 16. | CB USA | Unsecured | | No Claim Filed |
| 17. | GMAC Mortgage Corporation | Unsecured | | No Claim Filed |
| 18. | Kaufmans | Unsecured | | No Claim Filed |
| 19. | Scholastic | Unsecured | | No Claim Filed |
| 20. | Northwest Surgical | Unsecured | | No Claim Filed |
| 21. | Village of Arlington Heights | Unsecured | | No Claim Filed |
| 22. | Sears Roebuck & Co | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 62,493.45 | $ 26,767.62 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Harwell, Jonathan W | Case Number: 05 B 63377 |
|---|---|---|
| | Harwell, Joan M | Judge: Wedoff, Eugene R |
| | Printed: 3/4/08 | Filed: 11/9/05 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 684.89 |
| 5% | 195.00 |
| 4.8% | 374.38 |
| 5.4% | 220.87 |
| | _____ |
| | $ 1,475.14 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

